UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEGUNDO T. URIAS, JR., | ) | 1:07-cv-01444-AWI-SMS |
| | ) | |
| Plaintiff, | ) | **ORDER DIRECTING CLERK TO** |
| | ) | **FORWARD SERVICE DOCUMENTS** |
| v. | ) | **TO PLAINTIFF** |
| | ) | |
| JO ANNE B. BARNHART, | ) | **ORDER DIRECTING PLAINTIFF TO** |
| Commissioner of Social | ) | **SUBMIT SERVICE DOCUMENTS TO** |
| Security, | ) | **CLERK WITHIN 20 DAYS** |
| | ) | |
| Defendant. | ) | **ORDER DIRECTING SERVICE BY** |
| | ) | **THE UNITES STATES MARSHAL** |

Plaintiff is proceeding pro se and in forma pauperis with an action seeking judicial review of a final decision of the Commissioner of Social Security denying plaintiff's application for benefits.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b) and Local Rule 72-302(c)(15).

On October 24, 2007, plaintiff filed a first amended complaint and attachments which appear to state a claim for review of an unfavorable decision by defendant with respect to a claim for disability benefits denied by defendant.  Plaintiff's last four digits of his Social Security are 9756, and he received notice of the denial in September 2007.  Accordingly, the first amended complaint should be served on defendant.

Accordingly, IT IS HEREBY ORDERED:

1. That the Clerk of Court send plaintiff a file-endorsed copy of the first amended complaint, copies of the summons, a copy of the order granting the application to proceed in forma pauperis and directing the Marshal to serve defendant, USM 285 forms, and instructions for completing form USM 285;

2. Plaintiff return the completed USM-285 forms to the Clerk, and the required documents as indicated on the instructions, within twenty (20) days from the date of service of this order;

3. Upon receipt of the appropriate forms and documents, the Clerk forward same on to the United States Marshal for service; and,

4. Plaintiff is advised that failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:    November 5, 2007**            /s/ Sandra M. Snyder
                                                                  UNITED STATES MAGISTRATE JUDGE