UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEGUNDO T. URIAS, JR., | Case No. **1:07-cv-01444-SMS** |
| Appellant, | |
| v. | |
| SOCIAL SECURITY ADMINISTRATION, | **SCHEDULING ORDER** (SOCIAL SECURITY APPEAL) |
| Respondent. | |

Appellant seeks judicial review of an administrative decision of Respondent Commissioner of Social Security denying Appellant's claim for disability benefits under the Social Security Act. This matter is before me pursuant to 42 U.S.C. §§ 405(g), 1383(c)(3) and Local Rule 72-302(c)(15). Good cause appearing therefor, pursuant to Fed.R.Civ.P. 16, it is ORDERED that:

1. Except when other provision is made pursuant to an application to proceed in forma pauperis, within twenty (20) days of filing the complaint, appellant shall serve the summons, complaint, the notice and form of consent to proceed before a

1

magistrate judge provided by Local Rule 73-305(a), and a copy of this order and file return of service with this court.

    2.  Within one hundred twenty (120) days after service of the complaint, respondent shall serve a copy of the administrative record on appellant and file it with the court. The filing of the administrative record shall be deemed an answer to the complaint.

    3.  Within thirty (30) days after service of the administrative record, appellant shall serve on respondent a letter brief outlining the reasons why he/she contends that a remand is warranted.  The letter brief shall succinctly set forth the relevant issues and reasons for the remand.  The letter brief shall NOT be filed with the court and it shall be marked "confidential."

    4.  Within thirty-five (35) days after service of appellant's letter brief, respondent shall serve a response to appellant's letter brief on appellant.  The response shall NOT be filed with the court and it shall be marked "confidential."

    5.  In the event the parties stipulate to a remand to the Commissioner, the stipulation shall be filed with the Court WITHIN fifteen (15) days after respondent serves his response on appellant.

    6.  In the event respondent does not agree to a remand, within thirty (30) days of service of respondent's response, appellant shall file and serve an opening brief with the court and on respondent.

    7.  Respondent's responsive brief shall be filed with the court and served on appellant within thirty (30) days after service of appellant's opening brief.

    8.  Appellant's reply brief shall be filed with the court and

served on respondent within fifteen (15) days after service of respondent's brief.

    9.  In those cases where a Fed.R.Civ.P. 12 motion to dismiss is warranted, the Commissioner shall file a motion to dismiss in lieu of filing the administrative record.  The motion to dismiss shall be filed within one hundred twenty (120) days of service of the complaint.  The opposition brief to the motion shall be filed within fourteen (14) days after service of the motion.  The reply brief shall be filed within seven (7) days after service of the opposition brief.  The motion to dismiss shall NOT be noticed for hearing.

    10. Motions for attorney fees shall be filed within thirty (30) days of the court ordering remand.

    11. All references to the record and all assertions of fact must be accompanied by citations to the record. The opening and responsive briefs shall contain the following:

        (a) a plain description of appellant's alleged physical or emotional impairments, when appellant contends they became disabling, and how they disable appellant from work;

        (b) a summary of all relevant medical evidence including an explanation of the significance of clinical and laboratory findings and the purpose and effect of prescribed medication and therapy;

        (c) a summary of the relevant testimony at the administrative hearing;

        (d) a recitation of the Commissioner's findings and conclusions relevant to appellant s claims;

        (e) a short, separate statement of each of appellant's legal claims stated in terms of the insufficiency of the evidence to

support a particular finding of fact or reliance upon an erroneous legal standard; and

(f) argument separately addressing each claimed error. Argument in support of each claim of error must be supported by citation to legal authority and explanation of the application of such authority to the facts of the particular case.  Briefs that do not substantially comply with these requirements will be stricken.

12. The court will allow a single thirty (30) day extension of any part of this scheduling order by stipulation of the parties. Court approval is not required for this extension.  However, the stipulation shall be filed with the court.

13.  Requests for modification of this briefing schedule will **not** routinely be granted.

14.  With the exception of the single thirty day extension, requests to modify this order must be made by written motion and will be granted only for good cause.

15. Violations of this order or of the federal or local rules of procedure may result in sanctions pursuant to Local Rule 11-110.

IT IS SO ORDERED.

**Dated:     March 10, 2008**                         **/s/ Sandra M. Snyder**
                                                UNITED STATES MAGISTRATE JUDGE