UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEGUNDO T. URIAS, JR., ) | 1:07-cv-01444-AWI-SMS |
| Plaintiff, ) | ORDER DIRECTING THE CLERK TO FILE PLAINTIFF'S LETTER AS A REQUEST FOR DECISION |
| v. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of Social ) Security, ) | ORDER DIRECTING THE CLERK TO SEAL PLAINTIFF'S BIRTH CERTIFICATE AND SOCIAL SECURITY CARD |
| Defendant. ) | ORDER NOTING THE LAST FOUR DIGITS OF PLAINTIFF'S SOCIAL SECURITY NUMBER AS 9756 |
| | INFORMATIONAL ORDER TO PLAINTIFF CONCERNING REQUEST FOR DECISION |

Plaintiff is proceeding with a civil action in this Court in which Plaintiff challenges the decision of the Commissioner of Social Security with respect to Plaintiff's claim for benefits. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(15) and 72-304.

On February 26, 2008, the Court received a letter from Plaintiff to which were attached a copy of Plaintiff's birth certificate and his Social Security card.

The Clerk IS DIRECTED to file in Plaintiff's letter and to docket it as a request for decision.

1

1     The Court notes that the last four digits of Plaintiff's
2 Social Security number are 9756.
3     In view of the confidential nature of some of the
4 information reflected in the birth certificate and Social
5 Security card, pursuant to Local Rule 8-206, the Clerk IS
6 DIRECTED TO SEAL the copy of Plaintiff's birth certificate and
7 Plaintiff's Social Security card.
8     Plaintiff IS INFORMED that his letter has been docketed as a
9 request for decision.
10     Plaintiff IS FURTHER INFORMED that a scheduling order will
11 issue soon from the Court and will be served on Plaintiff. This
12 order will state the schedule of events which Plaintiff and
13 Defendant must comply with in getting the case ready to be
14 decided by the Court. The Court INFORMS Plaintiff that the Court
15 will not decide the case on the merits until the parties have
16 exchanged letters and briefs in compliance with the scheduling
17 order.
18 IT IS SO ORDERED.
19 **Dated:   March 10, 2008**            /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE