UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEGUNDO T. URIAS, JR.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>Defendant. | 1:07-cv-01444-SMS<br><br>**ORDER FOR PLAINTIFF TO PERSONALLY APPEAR AND SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FILE AN OPENING BRIEF AND FOR LACK OF PROSECUTION**<br>(Doc. 13)<br><br>**DATE: 9/19/08**<br>**TIME: 9:30 A.M.**<br>**CTRM: 7 ~ Sixth Floor** |

Plaintiff is proceeding pro se in an action seeking judicial review of an administrative decision of the Commissioner of Social Security that denied, in whole or in part, his claim for benefits under the Social Security Act.

On October 4, 2007, plaintiff filed his complaint (Doc. 1). The Court's standard Scheduling Order (Doc. 13) directs plaintiff to file an Opening Brief ninety-five (95) days after the defendant files the administrative record, OR sixty-five (65) days after plaintiff served on defendant a confidential letter brief.  Defendant filed notice of lodging the administrative

1

record on May 20, 2008 (Doc. 17).  Thus, plaintiff's Opening Brief was due filed and served by August 25, 2008.  To date, plaintiff has neither filed an Opening Brief nor sought an extension of time within which to do so.

A failure to comply with an order of the Court may result in sanctions, including dismissal, pursuant to the inherent power of the Court or the Federal Rules of Civil Procedure.  Fed. R. Civ. P. 41(b), 11; Local Rule 11-110; <u>Chambers v. NASCO, Inc.</u>, 501 U.S. 31, 42-43 (1991).  Plaintiff's failure to timely file an Opening Brief may result in dismissal of this action.

Therefore, it is HEREBY ORDERED that this matter is SET for hearing, at which plaintiff must PERSONALLY APPEAR, on Friday, September 19, 2008 at 9:30 a.m. in Courtroom No. 7 on the Sixth Floor of the United States Courthouse, 2500 Tulare Street, Fresno, CA, 93721, before the Honorable Sandra M. Snyder, United States Magistrate Judge, to show cause why this action should not be dismissed for failure to file an opening brief and for lack of prosecution.  Plaintiff is herein ADVISED that failure to personally appear on September 19, 2008, will result in outright dismissal of this action.

IT IS SO ORDERED.

**Dated:   September 4, 2008**                  /s/ Sandra M. Snyder
                                                                 UNITED STATES MAGISTRATE JUDGE