UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEGUNDO T. URIAS, JR., | ) | 1:07-cv-01444-SMS |
| | ) | |
| Plaintiff, | ) | **ORDER DISCHARGING ORDER** |
| | ) | **TO SHOW CAUSE** (Doc. 20) |
| v. | ) | |
| | ) | **ORDER REQUIRING PLAINTIFF** |
| MICHAEL J. ASTRUE, | ) | **TO FILE OPENING BRIEF BY** |
| Commissioner of Social | ) | **NOVEMBER 14, 2008** |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff is proceeding pro se in an action seeking judicial review of an administrative decision of the Commissioner of Social Security that denied, in whole or in part, his claim for benefits under the Social Security Act.

On September 8, 2008, the Court issued an order for plaintiff to personally appear in court on September 19, 2008 and show cause why this action should not be dismissed for his failure to file an opening brief and for lack of prosecution in compliance with the Court's standard Scheduling Order.

On September 19, 2008, plaintiff personally appeared before the undersigned Magistrate Judge.  Special Assistant United States Attorney Eric Chinn appeared telephonically on behalf of

1

1 defendant.  Plaintiff explained his efforts to find counsel.  The

2 Court explained that the case must proceed regardless of whether

3 or not plaintiff could obtain counsel; explained the nature and

4 contents of an opening brief; and, noted that a significant

5 amount of time has passed since the original due date of August

6 25, 2008 for filing the opening brief.

7    As stated at the hearing, the Court will give plaintiff one

8 last opportunity, to and through November 14, 2008, to file an

9 opening brief, with or without the assistance of counsel.

10 Further, the Court reminds plaintiff that a failure to comply

11 with an order of the Court may result in sanctions, including

12 dismissal, pursuant to the inherent power of the Court or the

13 Federal Rules of Civil Procedure.  Fed. R. Civ. P. 41(b), 11;

14 Local Rule 11-110; Chambers v. NASCO, Inc., 501 U.S. 31, 42-43

15 (1991).  If plaintiff again fails to file an opening brief, the

16 Court will have no alternative but to dismiss the case outright

17 pursuant to Local Rule 11-110 for plaintiff's failure to comply

18 with an order of the Court and for failure to prosecute.

19    Accordingly, IT IS HEREBY ORDERED:

20    1.   The order to show cause, filed September 8, 2008, is

21 DISCHARGED; and,

22    2.   On its own motion and in the interests of justice,

23 plaintiff is GRANTED an extension of time, to and through

24 November 14, 2008, within which to file his opening brief.

25 IT IS SO ORDERED.

26 **Dated:    October 2, 2008**            **/s/ Sandra M. Snyder**
                                  UNITED STATES MAGISTRATE JUDGE

27

28

2